No. 86–6082.   DUHAMEL v. TEXAS.   Ct. Crim. App. Tex.;
No. 86–6101.   BARNES v. OHIO.   Sup. Ct. Ohio;
No. 86–6129.   ELLIS v. TEXAS.   Ct. Crim. App. Tex.;
No. 86–6171.   O'NEAL v. MISSOURI.   Sup. Ct. Mo.; and
No. 86–6201.   NEELLEY v. ALABAMA.   Sup. Ct. Ala.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–6285.   PIROVOLOS v. UNITED STATES.   C. A. 7th Cir. Motion of petitioner to consolidate case with No. 86–6009, *Gregg* v. *United States, supra,* denied.   Certiorari before judgment denied.

No. 86–631.   CITY OF WATSEKA ET AL. v. ILLINOIS PUBLIC ACTION COUNCIL ET AL., 479 U. S. 1048;
No. 86–860.   WALKER v. ACTION INDUSTRIES, INC., ET AL., 479 U. S. 1065;
No. 86–5654.   BARR v. UNITED STATES, 479 U. S. 1055;
No. 86–5799.   IN RE JOHL, 479 U. S. 1028; and
No. 86–5816.   JAMES v. GEORGIA, 479 U. S. 1040.   Petitions for rehearing denied.

MARCH 23, 1987

No. 86–1125.   WILKINSON, ATTORNEY GENERAL OF THE STATE OF UTAH v. JONES ET AL.   Affirmed on appeal from C. A. 10th Cir.   THE CHIEF JUSTICE and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.

No. 86–1252.   O'KELLEY ET AL. v. HOSPITAL AUTHORITY OF GWINNETT COUNTY, DBA GWINNETT AMBULANCE SERVICE,